**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6022**

ROBBIE COLLINS,

        Plaintiff - Appellant,

    v.

SAMANTHA BERNEDETTE, Nurse,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-01391-RMG-MGB)

Submitted:  September 23, 2024                    Decided:  October 2, 2024

Before KING, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robbie Collins, Appellant Pro Se.  Michael Todd Smith, LOGAN & JOLLY, LLP, Anderson, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Collins seeks to appeal the district court's orders requiring briefing from the parties and finding that expert testimony is required for Collins's remaining claim in his pending 42 U.S.C. § 1983 action, and the magistrate judge's order establishing a schedule for obtaining a qualified expert as directed by the district court. This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Collins seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction and deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*